# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-MJ-238-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LARRY DEAN BALLARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Allow Defendant To Attend Medical Appointment" (Document No. 11) filed July 21, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the Government's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Allow Defendant To Attend Medical Appointment" (Document No. 11) is **GRANTED**. As such, the Court directs that, in a manner consistent with the standard operating procedures of the United States Marshals Service, the following occur:

    **1**. The United States Marshals pick Mr. Ballard up from Mecklenburg County Jail Central and escort him to the Carolinas Healthcare System Advanced Heart Failure/Heart Transplant Clinic located at 1001 Blythe Boulevard, Charlotte, North Carolina on **August 2, 2016**, arriving there at or before **1:30 p.m.**;

    **2**. Mr. Ballard remain in the custody of the United States Marshals during the appointment;

    **3**. After the appointment has concluded, the United States Marshals escort Mr. Ballard back to Mecklenburg County Jail Central;

**4**.  At all times, Mr. Ballard follow all rules of the United States Marshals Service;  and

**5**.  Mr. Ballard be held responsible for any and all costs associated with his being escorted by the United States Marshals to and from his appointment.

**IT IS FURTHER ORDERED** that the parties to this motion collaborate in ensuring that the United States Marshals Service has all the information it needs in order to comply with this order, including any Mecklenburg County Jail Central paperwork requesting transportation to a medical appointment.

**SO ORDERED**.

Signed: July 26, 2016

David C. Keesler
United States Magistrate Judge